No. 76–5810. SCHMITZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–5836. WILSON *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–5837. MARTINEZ *v.* MALLEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 76–5838. GREENFIELD *v.* TIBBETTS. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–5839. WYCOFF *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–5840. TREADWELL *v.* HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 76–5842. RICHISON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 76–5845. WEINER *v.* UNITED STATES; and
No. 76–5851. SHINNICK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 76–5847. CRAYTON *v.* UNITED STATES POSTAL SERVICE. C. A. 6th Cir. Certiorari denied. 

No. 76–5848. HOLLAND, ADMINISTRATRIX *v.* ALLIED STRUCTURAL STEEL CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 76–5850. DETWILER *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. 

No. 76–5855. JACKSON *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 76–5858. NOBLE *v.* BLACK, REFORMATORY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.